UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAMIAN ANSON, et al.,

    Plaintiffs,                                            Case No. 6:23-cv-00766-PGB-LHP

v.

CITY OF DELTONA, a Florida
Municipal Corporation,

    Defendant.
_____/

## SUGGESTION OF DEATH

Pursuant to Fed. R. Civ. P. 25(a)(2), the undersigned gives notice of the death of ROY WALTERS, a party in this action.

Dated: 06/28/2023

                                                */s/ Thomas C. Allison*
                                                **Thomas C. Allison, Esq.**
                                                Florida Bar No. 35242

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 28, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which furnished a copy of the foregoing via electronic mail to the following:

Dale A. Scott, Esq.
Fla. Bar No. 568821
ROPER, P.A.
2707 E. Jefferson St.

Orlando, FL 32803
Tel: 407-897-5150
Fax: 407-897-3332
dscott@roperpa.com
ehemphill@roperpa.com
*Counsel for City of Deltona*

By:  /s/ *Thomas C. Allison*
**Thomas C. Allison, Esq.**
Florida Bar No. 35242
**Luis M. Perez, Esq.**
Florida Bar No. 1044219
**THOMAS C. ALLISON, P.A.**
121 S. Orange. Ave. Suite 840N
Orlando, FL 32801
Tel.: 407-720-7642
Dir.: 407-378-4198
Fax: 407-378-7855
Primary: Thomas@allisonpa.com
Primary: LPerez@allisonpa.com
Secondary: JWilson@allisonpa.com
*Counsel for Plaintiffs*

**Andrew Bernard Doyle, Esq.**
Florida Bar No. 0117369
**SEIBANE DOYLE, PLLC**
913 Mabbette Street
Kissimmee, FL 34741
Telephone: (407) 906-2777
Primary: andrew@sd-firm.com
Secondary: micky@sd-firm.com
*Counsel for Plaintiffs*