UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAMIAN ANSON, et al.,

    Plaintiffs,                                   Case No. 6:23-cv-00766-PGB-LHP

v.

CITY OF DELTONA, a Florida
Municipal Corporation,

    Defendant.
_____/

**PLAINTIFFS' RESPONSE TO THE COURT'S ENDORSED ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH RULE 15(A)(2)**

Plaintiffs, DAMIAN ANSON, *et al.* (collectively referred to as "Plaintiffs" or "Stone Island Homeowners"), file this Response to the Court's Endorsed Order to Show Cause for Failure to Comply with Rule 15(a)(2) in filing its [27] Amended Complaint, and in support thereof state as follows:

1. This class action lawsuit seeks to recover full compensation on behalf of the Stone Island Homeowners and all others similarly situated whose property was used and damaged or destroyed when Deltona opened the Lake Bethel flood control structure shortly after Hurricane Ian, on or about October 1, 2022. The plaintiffs' obtained the opposing parties' written consent in filing Plaintiffs' Amended Complaint, and the Court should, therefore, find that there was good cause.

## Background

2. On <u>March 17, 2023</u>, Plaintiff's filed their Class Action Complaint in the Circuit Court of the Seventh Judicial Circuit in and for Volusia County Florida.

3. On <u>April 27, 2023</u>, the case was removed to the U.S. District Court for the Middle District of Florida – Orlando Division.

4. On <u>May 18, 2023</u>, City filed a Motion to Dismiss Plaintiffs' Class Action Complaint.

5. On <u>August 1, 2023</u>, Plaintiffs' filed an Amended Class Action Complaint.

6. On <u>August 2, 2023</u>, the Court issued an Endorsed Order to Show Cause for Failure to Comply with Rule 15(a)(2) in filing its [27] Amended Complaint.

## Standard of Review

7. The Federal Rules of Civil Procedure state, in relation to amending a pleading that "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." FRCP 15(a)(2).

## Plaintiffs' Response

8. The Court issued an Endorsed Order to Show Cause for Failure to Comply with Rule 15(a)(2) in filing its [27] Amended Class Action Complaint (*see* Dkt No. 28). However, on July 18, 2023, prior to submitting their Amended Class Action Complaint, Plaintiffs, through undersigned counsel, sought and obtained written

permission from the Counsel for Defendant, CITY OF DELTONA, to file their Amended Complaint. According to Federal Rule of Procedure 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave." In this case, Plaintiffs did have the required written consent from the Opposing Party, and the Court should find that good cause exists to permit Plaintiffs to file their amended pleading.

WHEREFORE, Plaintiffs respectfully request for the Court to find good cause shown in the filing of Plaintiffs' Amended Class Action Complaint.

### CERTIFICATE OF CONFERRAL

Plaintiffs' counsel consulted with opposing counsel on July 18, 2023 (and again on August 2, 2023, in light of the Court's Order), and Defendant does not object to Plaintiffs' filing of [27] Amended Class Action Complaint.

/s/ Thomas C. Allison
**Thomas C. Allison**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which furnished a copy of the foregoing via electronic mail to the following:

Dale A. Scott, Esq.
Fla. Bar No. 568821
ROPER, P.A.
2707 E. Jefferson St.
Orlando, FL 32803
Tel: 407-897-5150

Fax: 407-897-3332
dscott@roperpa.com
ehemphill@roperpa.com
*Counsel for City of Deltona*

By:    */s/ Thomas C. Allison*
**Thomas C. Allison, Esq.**
Florida Bar No. 35242
**Luis M. Perez, Esq.**
Florida Bar No. 1044219
**THOMAS C. ALLISON, P.A.**
121 S. Orange. Ave. Suite 840N
Orlando, FL 32801
Tel.: 407-720-7642
Dir.: 407-378-4198
Fax: 407-378-7855
Primary: Thomas@allisonpa.com
Primary: LPerez@allisonpa.com
Secondary: JWilson@allisonpa.com
*Counsel for Plaintiffs*

**Andrew Bernard Doyle**
Florida Bar No. 0117369
**SEIBANE DOYLE, PLLC**
913 Mabbette Street
Kissimmee, FL 34741
Telephone: (407) 906-2777
Primary: andrew@sd-firm.com
Secondary: micky@sd-firm.com
*Counsel for Plaintiffs*