UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAMIAN ANSON, et al.,

    Plaintiffs,                                Case No. 6:23-cv-00766-JSS-LHP

v.

CITY OF DELTONA, a Florida
Municipal Corporation,

    Defendant.

_____/

## NOTICE OF MEDIATION CONFERENCE

PLEASE TAKE NOTICE that a mediation conference has been scheduled by the parties, as follows:

| | |
|---|---|
| **DATE:** | **Thursday, March 27, 2025** |
| **TIME:** | **9:00 AM ET** |
| **MEDIATOR:** | **Lawrence S. Gendzier, Esq.**<br>**618 E. South Street, Suite 700**<br>**Orlando, Florida 32801** |
| **LOCATION:** | **Thomas C. Allison, P.A.**<br>**121 South Orange Avenue, Ste. 840N**<br>**Orlando, FL 32801** |

The date and time above have been coordinated with counsel for the parties and with the mediator.

*CERTIFICATE OF SERVICE FOLLOWS*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which furnished a copy of the foregoing via electronic mail to the following:

Dale A. Scott, Esq.
Fla. Bar No. 568821
ROPER, P.A.
2707 E. Jefferson St.
Orlando, FL 32803
Tel: 407-897-5150
Fax: 407-897-3332
dscott@roperpa.com
ehemphill@roperpa.com
*Counsel for City of Deltona*

By:  */s/ Thomas C. Allison*
**Thomas C. Allison, Esq.**
Florida Bar No. 35242
**Luis M. Perez, Esq.**
Florida Bar No. 1044219
**Erin Brenna Hyde, Esq.**
Florida Bar No. 26248
**THOMAS C. ALLISON, P.A.**
121 S. Orange. Ave. Suite 840N
Orlando, FL 32801
Tel.: 407-720-7642
Dir.: 407-378-4198
Fax: 407-378-7855
Primary: Thomas@allisonpa.com
Primary: LPerez@allisonpa.com
Primary: EHyde@allisonpa.com
Secondary: CEdel@allisonpa.com
*Counsel for Plaintiffs*

          **Andrew Bernard Doyle**
          Florida Bar No. 0117369
          **SEIBANE DOYLE, PLLC**
          913 Mabbette Street
          Kissimmee, FL 34741
          Telephone: (407) 906-2777
          Primary: andrew@sd-firm.com
          Secondary: micky@sd-firm.com
          *Counsel for Plaintiffs*